FILED

2014 AUG 27 PM 2: 29

CLERK U S
  CENTRAL
    LOS ANGELES

BY_____

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
 Federal Courthouse, 14th Floor
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-6166
 Facsimile: (213) 894-7177
 E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>577 CARTONS, MORE OR LESS, EACH CARTON CONTAINING 21 KILOGRAMS OF AN ARTICLE OF DRUG, LABELED IN PART:<br><br>(CARTON)<br><br>"*** DRIED HERBAL LEAF *** MITRAGYNA SPECIOSA *** MADE IN INDONESIA *** NOT FOR HUMAN CONSUMTION ***BATCH NO.: *** WEIGHT: *** 21 KGS ***" | No. CV14-6729 PA MRWx<br><br>VERIFIED COMPLAINT FOR FORFEITURE *IN REM*<br><br>[21 U.S.C. § 334]<br><br>[F.D.A.] |

1

| | |
|---|---|
| 1 | AND |
| 2 | ALL OTHER QUANTITIES OF THE ABOVE ARTICLE OF DRUG, IN ANY SIZE AND TYPE OF CONTAINER, THAT ARE LOCATED ANYWHERE ON THE PREMISES OF ROSEFIELD MANAGEMENT, INC., 7660 GLORIA AVENUE, VAN NUYS, CALIFORNIA AND WHICH ARE LABELED OR OTHERWISE DETERMINED TO HAVE ORIGINATED OUTSIDE OF THE STATE OF CALIFORNIA, |
| 10 | Defendants. |

The United States of America ("United States") brings this claim and alleges as follows:

This Complaint is filed by the United States, and requests seizure and condemnation of an article of drug as described in the caption, in accordance with the Federal Food, Drug, and Cosmetic Act ("Act"), 21 U.S.C. § 301 *et seq*.

There are at Van Nuys, California, in the possession of Rosefield Management, Inc. ("Rosefield"), 7660 Gloria Avenue, or elsewhere within the jurisdiction of this Court, the defendant 577 cartons, more or less, each carton containing 21 kilograms of an article of drug, labeled in part: (carton) "*** DRIED HERBAL LEAF *** Mitragyna Speciosa *** MADE IN INDONESIA *** NOT FOR HUMAN CONUMTION ***BATCH No.: *** WEIGHT: *** 21 KGS ***" and all other quantities of the above article of drug, in any size and type of container, located anywhere on the premises of Rosefield Management, Inc., 7660 Gloria Avenue, Van Nuys, California and which are labeled or otherwise determined to have originated outside of the State of California ("defendants"). The article of drug, as described in the caption ("the article"), consists in whole or in part of components that were shipped in interstate commerce from outside of

1  the State of California. The government alleges as follows:

## JURISDICTION AND VENUE

3  1.  The United States brings this action in rem in its own right to condemn and forfeit the article. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and 21 U.S.C. § 334, which provides the Court with jurisdiction over seizures brought under the Act.

2.  This Court has *in rem* jurisdiction over the article because it is located in the Central District of California. Upon the filing of this Complaint, the United States requests that this Court issue an arrest warrant *in rem* pursuant to Federal Rules of Civil Procedure Supplemental Rule G(3)(b), which the United States will execute upon the article pursuant to Supplemental Rule G(3).

3.  Venue lies in this district pursuant to 28 U.S.C § 1395(b) and 21 U.S.C. § 334(a)(1) because the article is located at Rosefield, 7660 Gloria Avenue, Van Nuys, California.

## FACTS AND BASIS SUPPORTING FORFEITURE

4.  The article is a drug within the meaning of the Act, 21 U.S.C. § 321(g)(1)(B), because it is intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man. The article is a new drug within the meaning of 21 U.S.C. § 321(p), because it is not generally recognized by qualified experts as safe and effective under conditions of use recommended and suggested in its labeling. Because it is a new drug, it may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 355(a) because there are no approved applications or exemptions from such requirements in effect for the article, 21 U.S.C. § 355(b) and (i).

5.  The article is misbranded within the meaning of the Act, 21 U.S.C. § 352(f)(1), in that its labeling fails to bear adequate directions for use and it is not exempt from such requirement under 21 CFR § 201.115 because the article is an

3

unapproved new drug. Initially

6. Because the article is an unapproved new drug and a misbranded drug, it is held illegally within the jurisdiction of this Court and is liable to seizure, forfeiture, and condemnation pursuant to 21 U.S.C. § 334. Seizure of the article is necessary to prevent any further distribution of the article.

7. On January 28, 2014, FDA was notified by U.S. Customs and Border Protection that it had identified a shipment of kratom imported by Rosefield and declared as herbal incense.

8. On March 6, 2014, United States Food and Drug Administration ("FDA") investigators inspected Rosefield and found that the firm was holding 550 cartons of kratom from a January 20, 2014 shipment and an additional 27 cartons from a December 29, 2013 shipment. The investigators also determined that Rosefield serves as an importer and fulfills orders and distributes the defendant article under the direction of Wholesale Shamanic Herbs and on behalf of C.V. Bali Herbal of Indonesia. Rosefield's owner, Mark Rose, is paid monthly by C.V. Bali Herbal based on the quantity of the product shipped to customers.

9. The kratom held at Rosefield is labeled as "NOT FOR HUMAN CONSUMTION [sic]," and an affidavit from Mark Rose states that "kratom is used for potpourri, incense and teas." However, Rosefield distributes kratom pursuant to directions from an individual associated with the website, www.wholesaleshamanicherbs.com, which contains claims that kratom is intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man or other animals, which causes it to be a drug, 21 U.S.C. § 321(g)(1)(B). Examples found on this website which cause the article to be a drug include, among others:

    a. "In addition to being used as a narcotic drug in its own right, it is often used as a substitute for opium when opium is unavailable,…"

    b. "A 1994 study by the Health Ministry indicated that many people had

4

used it to get off of morphine or heroin…"

    c.    "Kratom suppresses opiate withdrawal…"

    d.    "Kratom alkaloids are very effective pain killers, and work well when taken orally."

10. The California Department of Public Health embargoed the product on April 25, 2014.

WHEREFORE, plaintiff United States of America prays that:

(a) a warrant of arrest for the defendant article as defined in the caption be issued;

(b) due notice be given to all persons having any interest in the article to appear and show cause why seizure and condemnation should not be decreed;

(c) that this Court decree that the article be condemned and disposed of according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: August 27, 2014

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

*/s/ R. Welk*

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

# VERIFICATION

I, Richard C. Chiang, hereby declare that:

1. I am a Compliance Manager for the United States Food and Drug Administration, Department of Health and Human Services and am the case agent for the forfeiture matter entitled United States v. 577 cartons, more or less, each carton containing 21 kilograms of an article of drug, labeled in part: (carton) "*** DRIED HERBAL LEAF *** Mitragyna Speciosa *** MADE IN INDONESIA *** NOT FOR HUMAN CONSUMTION ***BATCH No.: *** WEIGHT: *** 21 KGS ***" and all other quantities of the above article of drug, in any size and type of container, that are located anywhere on the premises of Rosefield Management, Inc., 7660 Gloria Avenue, Van Nuys, California and which are labeled or otherwise determined to have originated outside of the State of California.

2. I have read the above Verified Complaint for Forfeiture *In Rem* and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 26, 2014 in Los Angeles, California.

                                              RICHARD C. CHIANG

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

United States of America

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

577 577 cartons, more or less, each carton containing 21 kilograms of an article of drug, etc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Steven R. Welk, Assistant United States Attorney
312 North Spring Street, 14th Floor, Los Angeles, California 90012
Telephone: (213) 894-6166 Fax: (213) 894-7177
E-Mail: Steven.Welk@usdoj.gov

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

21 U.S.C. § 334

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS PERSONAL PROPERTY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☒ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   CV14-6729

CV-71 (09/13)                              CIVIL COVER SHEET                              Page 1 of 3

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br><br>☐ Yes ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br><br>☒ Yes ☐ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☒ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
**SOUTHERN DIVISION.**
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
**EASTERN DIVISION.**
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
**WESTERN DIVISION.**
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   /s/ R. Mussalli   DATE: August 27, 2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |