STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-6166
  Facsimile: (213) 894-7177
  E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>577 CARTONS, MORE OR LESS, EACH CARTON CONTAINING 21 KILOGRAMS OF AN ARTICLE OF DRUG, LABELED IN PART:<br><br>(CARTON)<br><br>"*** DRIED HERBAL LEAF *** MITRAGYNA SPECIOSA *** MADE IN INDONESIA *** NOT FOR HUMAN CONSUMTION ***BATCH NO.: *** WEIGHT: *** 21 KGS ***" | No. CV 14-6729 PA (MRWx)<br><br>APPLICATION FOR WARRANT FOR ARREST *IN REM* |

| | |
|---|---|
| 1 | AND |
| 2 | ALL OTHER QUANTITIES OF THE ABOVE ARTICLE OF DRUG, IN ANY SIZE AND TYPE OF CONTAINER, THAT ARE LOCATED ANYWHERE ON THE PREMISES OF ROSEFIELD MANAGEMENT, INC., 7660 GLORIA AVENUE, VAN NUYS, CALIFORNIA AND WHICH ARE LABELED OR OTHERWISE DETERMINED TO HAVE ORIGINATED OUTSIDE OF THE STATE OF CALIFORNIA, |
| 10 | Defendants. |

The United States of America, by and through the undersigned counsel, herein applies for issuance of an Warrant for Arrest *in Rem* of the above-described article of drug, located on the premises of Rosefield Management, Inc., 7660 Gloria Avenue, Van Nuys, California.  Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure provides that where, as here, the property is not in the government's possession, custody, or control and is not subject to a judicial restraining order, "the court – on finding probable cause – must issue a warrant to arrest the property."  The United States respectfully submits that the allegations of the Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") establish probable cause that the above-described article (hereinafter the "defendant article") is a new drug within the meaning of 21 U.S.C. § 321(p) of the Federal Food, Drug, and Cosmetic Act, and may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 355(a), because there are no approved applications or exemptions from such requirements in effect for the article, 21 U.S.C. §§ 355(b) and (i); is a misbranded drug within the meaning of 21 U.S.C. § 352(f)(1); and, therefore, is subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334.

WHEREFORE, the United States requests that the Court issue the Warrant for Arrest *In Rem* of the defendant article. The proposed Order Granting Application for Warrant for Arrest *In Rem* and the Warrant for Arrest *In Rem* are being lodged contemporaneously with this application.

Dated: September 10, 2014            Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

  /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America