STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-6166
  Facsimile: (213) 894-7177
  E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 14-6729 PA (MRWx) |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION FOR WARRANT FOR ARREST *IN REM* |
| 577 CARTONS, MORE OR LESS, EACH CARTON CONTAINING 21 KILOGRAMS OF AN ARTICLE OF DRUG, LABELED IN PART: | |
| (CARTON) | |
| "*** DRIED HERBAL LEAF *** MITRAGYNA SPECIOSA *** MADE IN INDONESIA *** NOT FOR HUMAN CONSUMTION ***BATCH NO.: *** WEIGHT: *** 21 KGS ***" | |

| | |
|---|---|
| 1 | AND |
| 2 | ALL OTHER QUANTITIES OF THE ABOVE ARTICLE OF DRUG, IN ANY SIZE AND TYPE OF CONTAINER, THAT ARE LOCATED ANYWHERE ON THE PREMISES OF ROSEFIELD MANAGEMENT, INC., 7660 GLORIA AVENUE, VAN NUYS, CALIFORNIA AND WHICH ARE LABELED OR OTHERWISE DETERMINED TO HAVE ORIGINATED OUTSIDE OF THE STATE OF CALIFORNIA, |
| 10 | Defendants. |

Upon consideration of the United States' Application for Warrant for Arrest *in Rem* ("Application") and the allegations set forth in the Verified Complaint for Forfeiture *in Rem*, the Court is satisfied that there is probable cause to believe that the above-described article (hereafter the "defendant article") is a new drug within the meaning of 21 U.S.C. § 321(p) and may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 355(a), because there are no approved applications or exemptions from such requirements in effect for the article, 21 U.S.C. §§ 355(b) and (i); is a misbranded drug within the meaning of 21 U.S.C. § 352(f)(1); and, therefore, is subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334.

Accordingly, the Court grants the United States' Application and is issuing herewith the Warrant for Arrest *in Rem*.

Dated:  September 10, 2014             _____
                                        Percy Anderson
                                        UNITED STATES DISTRICT JUDGE